UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY SCOTT, and GEORGE SANTIAGO,<br><br>Plaintiffs,<br><br>-Against-<br><br>Anthony J. Annucci, Daniel F. Martuscello,<br>John A. Shipley, and Joel M. Douglas,<br><br>Defendants. | Civil Action No.: 15-01202<br>(GTS)(CFH) |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

March 28, 2016

FOR THE PLAINTIFFS:

*[signature]*

Damond J. Carter
Carter & Associate Attorneys, PLLC
134 Evergreen Place, Suite 303
East Orange, New Jersey 07018
(646) 342-8572
damcart1@carter-attorneys.com

FOR THE DEFENDANTS:

Eric Schneiderman,
NYS Attorney General

*[signature]*

BY: C. Harris Dague
Assistant Attorney General
NYS Office of the Attorney General
The Capital, Justice Building 4th Fl.
Albany, New York 12224
(518) 776-2621
harris.dague@ag.ny.gov

IT IS SO ORDERED:

*[signature]*

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: April 4, 2016
Syracuse, NY